IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:03CV3198 |
| | ) | |
| v. | ) | |
| | ) | |
| CHRISTINE A. LINDT; BLUE VALLEY COMMUNITY ACTION, INC.; DAVID CITY HOUSING BOARD, | ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

1. The reference to the Bankruptcy Court is withdrawn.

2. The clerk is directed to send scheduling packets to counsel.

DATED this 30th day of August, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge