IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:03CV3198 |
| v. | ) | |
| CHRISTINE A. LINDT, BLUE VALLEY COMMUNITY ACTION, and DAVID CITY HOUSING BOARD, | ) | ORDER |
| Defendants. | ) | |

　　　The order on August 30, 2006 withdrawing the reference to the Bankruptcy Court, filing 19, was improvidently entered, and the scheduling packet, filing 20, was prematurely filed and sent to the parties.

　　　IT THEREFORE HEREBY IS ORDERED:

1.　The August 30, 2006 order withdrawing the reference to the Bankruptcy court, filing 19, is withdrawn.

2.　The scheduling packet, filing 20, is withdrawn, and all deadlines set forth in the filing 20 scheduling packet are vacated.

3.　The entry and withdrawal of the filing 19 order has not altered or tolled the deadline for filing any objections to the filing 18 report and recommendation of the bankruptcy court.

　　　DATED this 1st day of September, 2006.

　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　s/ *David L. Piester*
　　　　　　　　　　　　　　David L. Piester
　　　　　　　　　　　　　　United States Magistrate Judge