```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:03CV3198 |
| | ) | |
| v. | ) | |
| | ) | |
| CHRISTINE A. LINDT, BLUE | ) | ORDER |
| VALLEY COMMUNITY ACTION, and | ) | |
| DAVID CITY HOUSING BOARD, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED:

1. The motion of James C. Stecker to withdraw as counsel for Defendant Christine A. Lindt, filing 24, is granted effective upon the filing of a certificate of service or affidavit indicating that the plaintiff has been served with a copy of this order.

2. Defendant Lindt is given 30 days from the date of this order in which to either: (1) obtain the services of substitute counsel and have that attorney file an appearance in her behalf; (2) file a motion in this court for the appointment of counsel, setting forth her present financial status, and the reasons she believes counsel should be appointed; or (3) indicate, by pleading, that she will proceed in this case without counsel.

DATED this 22nd day of September, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge