# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL 4:03CV3198 |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| CHRISTINE A. LINDT; BLUE VALLEY COMMUNITY ACTION, INC., DAVID CITY HOUSING BOARD, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED that Plaintiff's Motion to Withdraw Motion to Set Aside Marshal's Sale (filing 30) is granted, and filing 29 is hereby withdrawn.

February 5, 2007.

BY THE COURT:

s/ *Richard G. Kopf*
RICHARD G. KOPF
UNITED STATES DISTRICT JUDGE