IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:03CV3198 |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| CHRISTINE A. LINDT; BLUE VALLEY COMMUNITY ACTION, INC., DAVID CITY HOUSING BOARD, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

Upon consideration of the Revised Motion to Set Aside Marshal's Sale filed by the United States of America, filing 31,

IT IS HEREBY ORDERED that the motion is granted, and the marshal's sale conducted on November 15, 2006, is hereby set aside.

IT IS FURTHER ORDERED the United States District Court Clerk's Office is directed to return the $3,000.00 down payment to Mr. Doug Fegel, 440 Hollywood Drive, Newport Beach, CA 92663.

DATED this 21st day of February, 2007.

BY THE COURT:

s/ *Richard G. Kopf*
RICHARD G. KOPF
UNITED STATES DISTRICT JUDGE